UNITED STATES FEDERAL COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO.: _____

BRITTANY WILLIAMS

       Plaintiff,
vs.

DIGITAL MEDIA SOLUTIONS, LLC,

       Defendant.
_____/

## **NOTICE OF REMOVAL**

       Defendant, DIGITAL MEDIA SOLUTIONS, LLC pursuant to 28 U.S.C. §§ 1441, and 1446, hereby file this Notice of Removal, removing this action from the Sixth Circuit Court in and for Pinellas County, Florida, to the United States Court for the Middle District of Florida, Tampa Division. The removal of this action is based upon the following:

       1.     The United States District Court has original jurisdiction over this action based on 28 U.S.C. § 1441(c), the claims raised by Plaintiff in her Complaint constitute a federal question.

       2.     Venue is proper in the Middle District of Florida, Tampa Division, because the Circuit Court action is pending within the jurisdictional confines of this District and Division. See 28 U.S.C. § 1443; 28 U.S.C. § 1446 (a).

       3.     The Civil Cover Sheet is attached hereto.

       4.     A copy of all process, and pleadings filed with the Sixth Judicial Circuit Court case are attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of June, 2019, I caused the foregoing to be electronically filed with CM/ECF, which will provide electronic notice of such filing to all counsel of record.

Patrick K. Elliott, Esq.
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
elliottp@employmentandconsumerlaw.com
murrayd@employmentandconsumerlaw.com

**ANDERSON LAW GROUP**

/s/ Daniel W. Anderson
Daniel W. Anderson, Esq.
FBN: 490873
13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile:  (727) 329-1499
Email:  danderson@floridalawpartners.com
Email:  eserve@floridalawpartners.com
Attorneys for Defendant