# REGISTER OF ACTIONS

## CASE NO. 19-003294-CI

| | | | |
|---|---|---|---|
| BRITTANY WILLIAMS Vs. DIGITAL MEDIA SOLUTIONS LLC | § § § § § § § | Case Type: | DISCRIMINATION - EMPLOYMENT OR OTHER |
| | | Date Filed: | 05/10/2019 |
| | | Location: | Section 7 |
| | | Judicial Officer: | MUSCARELLA, PATRICIA ANN |
| | | UNIFORM CASE NUMBER: | 522019CA003294XXCICI |

## PARTY INFORMATION

**Attorneys**

**DEFENDANT**    **DIGITAL MEDIA SOLUTIONS LLC**
4800 140TH AVE N SUITE 101
CLEARWATER, FL 33762

**PLAINTIFF**    **WILLIAMS, BRITTANY**
100 S ASHLEY DRIVE SUITE 600
TAMPA, FL 33602

**PATRICK K ELLIOTT**

LAW OFFICE OF
PATRICK K ELLIOTT PLLC
100 SOUTH ASHLEY DRIVE SUITE 600
TAMPA, FL 33602

813-379-3090(W)

## EVENTS & ORDERS OF THE COURT

### OTHER EVENTS AND HEARINGS

| | | |
|---|---|---|
| 05/24/2019 | **DESIGNATION OF E-MAIL ADDRESS(ES)** | **Doc # 4** |
| 05/24/2019 | **NOTICE OF TAKING DEPOSITION** | **Doc # 5** |
| 05/24/2019 | **NOTICE OF SERVICE OF INTERROGATORIES** | **Doc # 6** |
| 05/24/2019 | **REQUEST FOR PRODUCTION** | **Doc # 7** |
| 05/24/2019 | **AFFIDAVIT-SERVICE OF PROCESS** | **Doc # 8** |
| | *052119* | |
| | Party:  DIGITAL MEDIA SOLUTIONS LLC | |
| 05/10/2019 | **CIVIL COVER SHEET** | **Doc # 1** |
| 05/10/2019 | **COMPLAINT** | **Doc # 2** |
| | *AND DEMAND FOR JURY TRIAL* | |
| 05/10/2019 | **SUMMONS TO BE ISSUED** | **Doc # 3** |
| | *ISSUED* | |
| | Party:  DIGITAL MEDIA SOLUTIONS LLC | |