**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRITTANY WILLIAMS,**

    **Plaintiff,**

v.                                                           Case No.: 8:19-cv-1426-T-33SPF

**DIGITAL MEDIA SOLUTIONS, LLC,**

    **Defendants.**
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, BRITTANY WILLIAMS, hereby discloses the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% of more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    Brittany Williams, Plaintiff;
    The Law Office of Patrick K. Elliott, PLLC, Counsel for Plaintiff;
    Patrick K. Elliott, Counsel for Plaintiff;
    Digital Media Solutions, LLC, Defendant;
    Anderson Law Group, Counsel for Defendant;
    Daniel W. Anderson, Counsel for Defendant.

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Brittany Williams, Plaintiff.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict

Dated this 3rd day of July, 2019.

Respectfully submitted,

/s/ Patrick K. Elliott
**PATRICK K. ELLIOTT**
Florida. Bar Number: 1000970
**THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
100 S. Ashley Drive, Suite 600
Tampa, FL 33602
Direct Dial: (813) 379-3090
Facsimile:  (813) 433-5126
Email: elliottp@employmentandconsumerlaw.com
Email: assistant@employmentandconsumerlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Daniel W. Anderson
Anderson Law Group

13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Email: danderson@floridalawpartners.com
Email: eserve@floridalawpartners.com
*Attorney for Defendant*

                          /s/ Patrick K. Elliott
                          **PATRICK K. ELLIOTT**