UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

    Plaintiff,

v.                                      CASE NO.: 8:19-cv-1426-T-33SPF

DIGITAL MEDIA SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, BRITTANY WILLIAMS ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action, and with each party to bear its own attorney's fees, costs and disbursements.

Dated this 4th day of February, 2020.

                                                Respectfully submitted,

                                                *Patrick K. Elliott*
                                                **PATRICK K. ELLIOTT**
                                                Florida. Bar Number: 1000970
                                                **THE LAW OFFICE OF PATRICK K. ELLIOTT, PLLC**
                                                100 S. Ashley Drive, Suite 600
                                                Tampa, FL 33602
                                                Direct Dial: (813) 379-3090
                                                Facsimile:  (813) 433-5126
                                                Email: elliottp@employmentandconsumerlaw.com
                                                Email: assistant@employmentandconsumerlaw.com
                                                ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties on record.

    Respectfully submitted,

    *Patrick K. Elliott*
    **PATRICK K. ELLIOTT**